1

2   **ROBERT LAMANUZZI, 213673**
    ATTORNEY AT LAW
3   2020 TULARE STREET SUITE A
    FRESNO, CALIFORNIA 93721
    TELEPHONE: (559) 441-1979
4

5
    Attorney for Defendant, JAMES JOHNSON
6

7

8                          UNITED STATES DISTRICT COURT
9

10                        EASTERN DISTRICT OF CALIFORNIA

11
                                        )  **Case:1:15-cr-00096-AWI-BAM**
12  UNITED STATES OF AMERICA,           )
                                        )
13         Plaintiff,                   )
                                        )  **STIPULATION AND**
14  vs.                                 )  **ORDER TO CONTINUE STATUS**
                                        )  **CONFERENCE**
15  JAMES JOHNSON,                      )
                                        )  DATE:  August 10, 2015
16         Defendant.                   )  TIME:    1:00 PM
                                        )  JUDGE: Hon. Barbara A. McAuliffe
17  _____ )

18

19         IT IS HEREBY STIPULATED by and between the parties hereto through their respective
20
    counsel ROBERT LAMANUZZI, attorney for Defendant, and KIMBERLY SANCHEZ,
21
22  Assistant U.S. Attorney for Plaintiff, that the hearing currently scheduled for August 10, 2015, at

23  1:00 p.m. or to a date the Court deems appropriate.

24         This continuance is necessary because defendant's attorney requires additional time to
25
    investigate information that has recently become available.
26
27         The parties stipulate that the time until the next hearing should be excluded from the

28  calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are

served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).   The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

For the above-stated reason, continuing the hearing will conserve time and resources for both parties and the court, and the delay resulting from vacating this hearing shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii).

DATED: August 5, 2015                              Respectfully submitted,
                                                   /S/ Robert Lamanuzzi
                                                   ROBERT LAMANUZZI
                                                   Attorney for Defendant, JAMES JOHNSON
DATED: August 6, 2015

                                                   Respectfully submitted,
                                                   /S/ Kimberly Sanchez
                                                   KIMBERLY SANCHEZ, Assistant U.S. Attorney


### ORDER

IT IS HEREBY ORDERED THAT the date set for 3rd Status Conference hearing on August 10, 2015, shall be continued to Tuesday, OCTOBER 13, 2015 at 1:00 p.m. before Judge McAuliffe.   Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii).


**IT IS SO ORDERED**.

Dated:   **August 6, 2015**                        /s/ Barbara A. McAuliffe
                                                   UNITED STATES MAGISTRATE JUDGE