BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00096 AWI-BAM |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | |
| JAMES JOHNSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Robert Lamanuzzi, attorney for the defendant, that the status conference set for October 13, 2015 at 1:00 pm before the Honorable Barbara A. McAuliffe be continued to November 9, 2015 at 1:00 p.m. The reason for the request is because the Court is unavailable on October 13, 2015, and defense counsel is unavailable until November 9, 2015.

///
///
///
///
///
///

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: September 16, 2015

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By   /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

Dated: September 16, 2015

/s/ Robert Lamanuzzi
ROBERT LAMANUZZI
Attorney for Defendant

IT IS SO ORDERED that the 3rd Status Conference is continued from October 13, 2015 to November 9, 2015 at 1:00PM before Judge McAuliffe. Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:   **September 17, 2015**                    /s/ Barbara A. McAuliffe
                                                   UNITED STATES MAGISTRATE JUDGE