BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00096 AWI-BAM |
| Plaintiff, | AMENDED STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | |
| JAMES JOHNSON, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Robert Lamanuzzi, attorney for the defendant, that the status conference set for February 8, 2016 at 1:00 pm before the Honorable Barbara A. McAuliffe be continued to March 14, 2016 at 1:00 p.m.  The reason for the request is the defense needs additional time for further investigation.  Defense scheduled the defendant to be brought from Lerdo on February 3, 2016, but the transport did not occur.  As such, the defendant needs additional time to accomplish the meeting prior to the next court appearance.

///
///
///
///
///
///
///

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: February 3, 2016                             Respectfully submitted,

                                                    BENJAMIN B. WAGNER
                                                    United States Attorney


                                             By     /s/ Kimberly A. Sanchez
                                                    KIMBERLY A. SANCHEZ
                                                    Assistant U.S. Attorney

Dated: February 3, 2016                             /s/ Robert Lamanuzzi
                                                    ROBERT LAMANUZZI
                                                    Attorney for Defendant

ORDER

IT IS SO ORDERED THAT the 4th Status Conference is continued from February 8, 2016 to March 14, 2016 at 1:00 PM before Judge McAuliffe.   Time excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).


Dated:  **February 4, 2016**                         /s/ Barbara A. McAuliffe
                                                    UNITED STATES MAGISTRATE JUDGE