ROBERT LAMANUZZI, SBN 213673
Attorney at Law
2020 Tulare Street   Suite A
Fresno CA 93721
(559) 441-1971

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES JOHNSON,<br><br>　　　　　　Defendant. | Case No.  1:15-cr-00096-DAD-BAM<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBERT LAMANUZZI attorney for Defendant JAMES JOHNSON, and KIMBERLY SANCHEZ, Assistant U.S. Attorney for Plaintiff, that the sentencing hearing currently scheduled for November 21, 2016, at 10:00 a.m., shall be continued until DECEMBER 5, 2016, at 10:00 a.m.

　　　　This continuance is necessary because parties need additional time to prepare for sentencing.  I will need time to have Mr. Johnson transported and meet with him to discuss his presentencing report.

　　　　The parties stipulate that the time until the next hearing should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §3161(h)(7)(B)(iv).  The parties stipulate and agree that the interests of justice are served

1

by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(7)(A).

Dated: November 16, 2016          Respectfully submitted,

                                           /s/ Robert Lamanuzzi
                                           ROBERT LAMANUZZI
                                           Attorney for Defendant,
                                           JAMES JOHNSON

Dated:  Novemver 16, 2016         Respectfully submitted,

                                           /s/ Kimberly Sanchez
                                           KIMBERLY SANCHEZ
                                           Assistant U.S. Attorney

## **ORDER**

       The Court has reviewed and considered the stipulation of the parties to continue the sentencing in this case.  Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for November 21, 2016, is continued until **December 5, 2016,** at 10:00 a.m. in Courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

    Dated:  **November 16, 2016**

UNITED STATES DISTRICT JUDGE

2